## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------------

Dushawn Wright,

       Petitioner,

v.

Lynn Dinge, Warden

       Respondent.

Court File No. 06-376 PAM/JSM

**ORDER FOR DISMISSAL**

-------------------------------------------------------

    Pursuant to the Motion and Notice of Voluntary Dismissal filed by the Petitioner in the above-entitled action,

    IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Dated: March  10 , 2006

**BY THE COURT**

s/Paul A. Magnuson
Paul A. Magnuson
Judge of District Court